# United States District Court - Southern District of Florida - Miami Division

## Judge Federico A. Moreno 99 NE 4th Street, Courtroom 4, 10th floor

  

### Calendar

| Start | End | Category | Description |
|---|---|---|---|
| **30 Nov 2004** 9:30 AM | 9:45 AM | SENTENCING | 04-20406-CR-MORENO<br>USA<br>Harold Schimkat<br>vs.<br>MARCO A. ACOSTA (J)<br>AFPD Hector Dopico<br>SPANISH INTERPRETER NEEDED<br>(sentencing) *Edna Brayfield* |

FILED by MC D.C.

NOV 3 0 2004

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA.