Page 1 of 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

THE UNITED STATES OF AMERICA,

                    Case 04-20406-CR-FAM

      Plaintiff,

  vs.                    MIAMI, FLORIDA
                           NOVEMBER 30, 2004

MARCO A. ACOSTA,

      Defendant.
_____

TRANSCRIPT OF SENTENCING HEARING
BEFORE THE HONORABLE FEDERICO A. MORENO,
UNITED STATES DISTRICT JUDGE

VOLUME III

APPEARANCES:


FOR THE GOVERNMENT:

      HAROLD SCHIMKAT, A.U.S.A.


FOR THE DEFENDANT:

      HECTOR DOPICO, A.F.P.D.

REPORTED BY:

      ANTON B. SCHWARTZ, RPR-CP
      *Official Federal Court Reporter*
      Federal Justice Building, Ste. 1061
      99 Northeast 4th Street
      Miami, FL  33132 - 305/523-118



TOTAL ACCESS™ COURTROOM REALTIME TRANSCRIPTION